■ IGNATIUS A. MONFORTE, Appellant, v. CHEMICAL BANK NEW YORK TRUST COMPANY et al., Respondents.— In an action to recover damages for alleged fraud and deceit, plaintiff appeals from an order of the Supreme Court, Westchester County, entered August 21, 1961, which granted his motion for reargument and, on such reargument, adhered to the original decision. Such decision (1) denied plaintiff's motion to examine certain of the defendants before trial and to extend plaintiff's time to serve a bill of particulars until after such examination; and (2) granted defendants' cross motion for summary judgment, dismissed the amended complaint and directed judgment in favor of the defendants. Order affirmed, without costs. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ BERTHA MULVANEY, Appellant, et al., Plaintiff, v. GERALD J. MORGASEN, Respondent.— In a negligence action to recover, *inter alia*, damages for personal injuries, the plaintiff Bertha Mulvaney appeals from so much of an order of the Supreme Court, Nassau County, dated October 17, 1961, as denied plaintiffs' motion for a preference in trial under rule 151 of the Rules of Civil Practice. Order, insofar as appealed from, reversed, with $10 costs and disbursements, and motion for a preference granted. The uncontroverted medical evidence establishes the improbability of the survival of the appellant until the time of trial if the action were to be tried in its regular sequence. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ TOMMASO PESCE, Respondent, v. FLAG CONSTRUCTON CORP. et al., Appellants, and CARLSON HOIST & MACHINE COMPANY, INC., Third-Party Plaintiff. JOHN MANGANO et al., Third-Party Defendants.— In an action to recover damages for personal injuries, in which each of the defendants made a separate motion for (*inter alia*) dismissal of the complaint for lack of prosecution (Rules Civ. Prac., rule 156), the defendant Flag Construction Corp. appeals from so much of an order of the Supreme Court, Queens County, dated November 17, 1961, as granted its motion conditionally, i.e.: provided the plaintiff failed to notice the action for trial for the January 1962 Term of said court; and the defendant Carlson Hoist & Machine Company, Inc., appeals from so much of an order of the same court, dated December 8, 1961, as upon like terms granted its motion. Such appeals were submitted upon a consolidated record. Order, insofar as appealed from, affirmed, without costs. No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.